**Robin S. Weiss, Esq.**
**Conrad O'Brien PC**
**1500 Market Street, Suite 3900**
**Centre Square, West Tower**
**Philadelphia, PA 19102**
**Telephone: 215-864-9600**
**Fax: 215-864-9620**
**E-mail: rweiss@conradobrien.com**
*Attorney for Receiver, Kevin D. Kent, Esq.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br>                              v.<br><br>**BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,**<br><br>    **Defendants.** | **Case No. _____** |

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By an order of the United States District Court for the District of New Jersey, in

*SEC v. Smith, et al.*, Civ. No. 2:19-cv-17213-MCA, entered on June 29, 2020, Kevin D.

1

Kent, Esquire was appointed the receiver ("Receiver") of all of the assets and properties of Brenda Smith, Broad Reach Capital, LP, Broad Reach Partners, LLC, and Bristol Advisors, LLC. Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint filed on August 27, 2019 (excluding attachments pertaining to the *Ex Parte* Motion for a Temporary Restraining Order), (b) the Temporary Restraining Order of August 27, 2019, (c) the Preliminary Injunction Order of September 10, 2019, and (d) the June 29, 2020 Order appointing Receiver, attached hereto as Exhibits "A" through "D", respectively, for the purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof.

                                              Respectfully Submitted,

Date: July 7, 2020                      Robin S. Weiss, Esq.
                                              Conrad O'Brien PC

                                              Robin S. Weiss, Esq.
                                              *Attorney for Receiver, Kevin D. Kent, Esq.*